**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2407**

---

WILBERT HATCHER FREELAND, Individually;
CHRISTINE EVADNEY FREELAND, Individually;
MASSIEKA HOLNESS, Individually, daughter of
Christine E. Freeland and stepdaughter of
Wilbert H. Freeland; DEJOURNE FREELAND, a
minor by Wilbert Hatcher Freeland, Christine
Evadney Freeland, her father and mother;
MONICA FFRENCH, Individually, mother of
Christine E. Freeland, grandmother of Massieka
H. Holness and Dejourne Freeland, mother in
law of Wilbert H. Freeland,

                                    Plaintiffs - Appellants,

        versus

FRANCIS B. CHILDRESS, Trooper First Class,
Individually and as a State Police, Bureau of
Drug and Criminal Enforcement, Westminster
Barracks,

                                    Defendant - Appellee,

        and

MARYLAND STATE POLICE; OFFICE OF THE MAYOR AND
TOWN COUNCIL; SUPERINTENDENT, of the Maryland
State Police,

                                    Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-99-3552-WMN)

---

Submitted: March 20, 2002                Decided: April 8, 2002

---

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Wilbert Hatcher Freeland, Christine Evadney Freeland, Massieka Holness, Dejourne Freeland, Monica Ffrench, Appellants Pro Se. Mark Holdsworth Bowen, Assistant Attorney General, Pikesville, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order denying relief on their 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Freeland v. Childress</u>, No. CA-99-3552-WMN (D. Md. Oct. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>